UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CAJUN CONSTRUCTORS, INC.

VERSUS

SYNGENTA CROP PROTECTION, INC.,
ET AL.

CIVIL ACTION

NO. 10-769-JJB

## ORDER OF REMAND

For written reasons assigned:

IT IS ORDERED that this matter be REMANDED to the 18th Judicial District Court, Parish of Iberville, State of Louisiana.

Signed in Baton Rouge, Louisiana, on August 13, 2012.

_____
**JAMES J. BRADY, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**